Michael T. Harrison
LAW OFFICES OF MICHAEL T. HARRISON
25876 The Old Road, #304
Stevenson Ranch, CA 91381
T: (661) 257-2854
F: (661) 257-3068
mharrison30@aol.com

Attorneys for Plaintiff
MARSI ZINTEL

Paul J. Hall, Esq. (SBN 66084)
phall@nixonpeabody.com
Brian J. Smith, Esq. (SBN 257827)
bjsmith@nixonpeabody.com
**NIXON PEABODY LLP**
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Attorneys for Defendant
REGAL ENTERTAINMENT GROUP

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MARSI ZINTEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>REGAL ENTERTAINMENT GROUP,<br><br>Defendant. | Case No.: CV 09-01393 (DOC) (RNBx)<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Marsi Zintel and Defendant Regal Entertainment Group hereby inform the Court that the parties have reached a settlement that resolves this dispute in its entirety. Given the settlement, the parties jointly request that the Rule 26 Conference, currently scheduled for May 3, 2010, be taken off calendar. Shortly after filing of this Notice of Settlement, the parties will be filing a Stipulation of Settlement and a Proposed Order for Mutual Dismissal with Prejudice.

DATED: April 23, 2010                    Respectfully submitted,

/s/
Michael T. Harrison
LAW OFFICES OF MICHAEL T. HARRISON
25876 The Old Road, #304
Stevenson Ranch, CA  91381
T: (661) 257-2854
F:  (661) 257-3068
mharrison30@aol.com

**Attorneys for Plaintiff**


/s/
Paul J. Hall
Brian J. Smith
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
T: (415) 984-8200
F: (415) 984-8300
phall@nixonpeabody.com
bjsmith@nixonpeabody.com

**Attorneys for Defendant**

# PROOF OF SERVICE

**CASE NAME:** Marsi Zintel, et al. v. Regal Entertainment Group, et al.
**COURT:** United States Central District Court, Southern Division of CA
**CASE NO.:** SACV09-1393 DOC (BNBx)
**NP FILE:** 434781.10

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is One Embarcadero Center, Suite 1800, San Francisco, CA 94111-3996. On this date, I served the following document(s):

**NOTICE OF SETTLEMENT**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

____ : By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

__:By Overnight Courier — I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

____ : By Facsimile —I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine.

____ : By Personal Service — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

_X_ : By Electronic Filing – I have reviewed the Order re Electronic Service of Pleadings in Case No. SACV09-1393 DOC (RNBx) pursuant to Local Rule 5 and General Order No. 08-03. I am serving the above document as required by the Order re Electronic Service of Pleadings in Case No. SACV09-1393 DOC (RNBx) and as instructed under the Electronic Case Filing Program.

Addressee(s)

**See Attachment to Proof of Service**

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 23, 2010, at San Francisco, California.

_____
Carolyn Ernser

PROOF OF SERVICE
CASE NO. SACV09-1393 DOC (RNBx)                -1-                                    12793720.2

# ATTACHMENT TO PROOF OF SERVICE

| | |
|---|---|
| Michael Todd Harrison<br>Law Offices of Michael T. Harrison<br>25876 The Old Road, Suite 304<br>Stevenson Ranch, CA  91381<br><br>Tele:  (661) 257-2854<br>Fax:  (661) 257-3068<br>Email:  mharrison30@aol.com | Attorneys for Plaintiffs<br>Marsi Zintel, individually and on behalf of all others similarly situated |