1  Paul J. Hall (SBN 66084)
   Brian J. Smith (SBN 257827)
2  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
3  San Francisco, CA  94111-3996
   Telephone:  (415) 984-8200
4  Facsimile:  (415) 984-8300
   phall@nixonpeabody.com
5  bsmith@nixonpeabody.com

6  Attorneys for Defendant
   REGAL ENTERTAINMENT GROUP
7

8  LAW OFFICES OF MICHAEL T. HARRISON
   Michael T. Harrison (SBN 158983)
9  25876 The Old Road, #304
   Stevenson Ranch, CA  91381
10 Telephone:  (661) 2557-2854
   Facsimile:  (661) 257-3068
11 Mharrison30@aol.com

12 Attorneys for Plaintiff
   MARSI ZINTEL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MARSI ZINTEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>REGAL ENTERTAINMENT GROUP,<br><br>Defendant. | Case No.: CV 09-01393 (DOC) (RNBx)<br><br>**CLASS ACTION**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

## STIPULATION OF DISMISS WITH PREJUDICE

COME NOW, Defendant Regal Entertainment Group by and through its counsel of record, and Plaintiff Marsi Zintel, by and through her counsel of record, (collectively, the "Parties") and enter into the following:

STIPULATION OF DISMISSAL WITH PREJUDICE:

1. The Parties voluntarily dismiss this action with prejudice.
2. The Parties shall bear their own costs, including attorneys' fees.
3. The parties shall file with the court an Agreed Order of Mutual Dismissal with Prejudice.

DATED: May 20, 2010

Respectfully submitted,

/s/ Michael T. Harrison
Michael T. Harrison
LAW OFFICES OF MICHAEL T. HARRISON
25876 The Old Road, #304
Stevenson Ranch, CA 91381
T: (661) 257-2854
F: (661) 257-3068
mharrison30@aol.com

**Attorneys for Plaintiff**

/s/Paul J. Hall
Paul J. Hall
Brian J. Smith
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
T: (415) 984-8200
F: (415) 984-8300
phall@nixonpeabody.com
bjsmith@nixonpeabody.com

**Attorneys for Defendant**

-1-

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. SACV 09-01393 (DOC)

13007683.1