```
 1  Paul J. Hall (SBN 66084)
    Brian J. Smith (SBN 257827)
 2  NIXON PEABODY LLP
    One Embarcadero Center, 18th Floor
 3  San Francisco, CA  94111-3996
    Telephone:  (415) 984-8200
 4  Facsimile:  (415) 984-8300
    phall@nixonpeabody.com
 5  bsmith@nixonpeabody.com

 6  Attorneys for Defendant
    REGAL ENTERTAINMENT GROUP
 7

 8  LAW OFFICES OF MICHAEL T. HARRISON
    Michael T. Harrison (SBN 158983)
 9  25876 The Old Road, #304
    Stevenson Ranch, CA  91381
10  Telephone:  (661) 2557-2854
    Facsimile:  (661) 257-3068
11
    Attorneys for Plaintiff
12  MARSI ZINTEL

13

14

15              UNITED STATES DISTRICT COURT

16              CENTRAL DISTRICT OF CALIFORNIA

17                    SOUTHERN DIVISION

18
19  MARSI ZINTEL, individually and on      )  Case No.: CV 09-01393 (DOC) (RNBx)
    behalf of all others similarly situated, )
20                                          )  CLASS ACTION
                   Plaintiff,               )
21                                          )  AGREED ORDER OF MUTUAL
              vs.                           )  DISMISSAL WITH PREJUDICE
22                                          )
    REGAL ENTERTAINMENT GROUP,              )
23                                          )
                   Defendant.               )
24                                          )

25

26

27

28
```

| AGREED ORDER OF MUTUAL DISMISSAL WITH PREJUDICE | 13007628.1 |
|---|---|
| CASE NO. SACV 09-01393 (DOC) | |

## AGREED ORDER OF MUTUAL DISMISSAL WITH PREJUDICED

It appearing to the satisfaction of the Court, as evidenced by the signatures below of counsel for both parties in above styled case, that this case should be dismissed with prejudice;

It is, therefore ORDERED, ADJUDGED AND DECREED that this case is DISMISSED with prejudice, with each party to bear its own costs, including attorneys' fees.

ENTERED this _____ day of _____, 2010

_____
Hon. David O. Carter
United States District Judge

AGREED AND APPROVED FOR ENTRY:

DATED: May 20, 2010

/s/ Michael T. Harrison
Michael T. Harrison
LAW OFFICES OF MICHAEL T. HARRISON
25876 The Old Road, #304
Stevenson Ranch, CA  91381
T: (661) 257-2854
F: (661) 257-3068
mharrison30@aol.com

**Attorneys for Plaintiff**

-1-

AGREED ORDER OF MUTUAL DISMISSAL WITH PREJUDICE
CASE NO. SACV 09-01393 (DOC)

13007628.1

|   |   |
|---|---|
| 1 | /s/Paul J. Hall |
| 2 | Paul J. Hall |
|   | Brian J. Smith |
| 3 | NIXON PEABODY LLP |
| 4 | One Embarcadero Center, 18th Floor |
|   | San Francisco, California 94111-3600 |
| 5 | T: (415) 984-8200 |
| 6 | F: (415) 984-8300 |
|   | phall@nixonpeabody.com |
| 7 | bjsmith@nixonpeabody.com |
| 8 | **Attorneys for Defendant** |

-2-

AGREED ORDER OF MUTUAL DISMISSAL WITH
PREJUDICE
CASE NO. SACV 09-01393 (DOC)

13007628.1